AO 91 (Rev. 12/93) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____ DELAWARE _____

UNITED STATES OF AMERICA

v.

RUBEN SANTANA-MILLAN
a/k/a RUBEN PEDEROSA-MILLAN

(Name and Address of Defendant)

## Criminal Complaint

CASE NO. 07-112M (MPT)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about <u>April 30, 2007</u>, in <u>New Castle</u> County, in the District of <u>Delaware</u> defendant(s),

(Track Statutory Language of Offense)

a citizen and national of Mexico who had previously been removed/deported from the United States on or about June 8, 1998, was found in the United States, and prior to his reembarkation at a place outside the United States neither the Undersecretary for Border and Transportation Security, Department of Homeland Security, nor the Attorney General had expressly consented to such alien's reapplying for readmission,

in violation of Title ___8___ United States Code, Section(s) _1326(a)_ .

I further state that I am a(n) <u>Deportation Officer, U.S. Immigration and Customs Enforcement</u> and that this complaint is based
                                        Official Title
on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   YES

Signature of Complainant
David W. Savina
Deportation Officer
U.S. Immigration and Customs Enforcement

FILED
JUN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

June 5, 2007                                at   Wilmington, DE
Date                                             City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                 Signature of Judicial Officer

## AFFIDAVIT

I, David W. Savina, being duly sworn, depose and say:

1. I am a Deportation Officer with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Deportation Officer since September 14, 1998, when the INS employed me. The INS was transferred to the U.S. Department of Homeland Security as the Immigration & Customs Enforcement Division in March 2003.

2. This investigation is based upon information provided by DHS/ICE records, National Crime Information Center (NCIC), FBI records, and my own observations and interviews.

3. On or about April 30, 2007, the ICE Dover, Delaware office received notification from the Howard Young Correctional Institution in Wilmington, DE that a possible illegal alien was incarcerated at the facility on charges levied against him by the New Castle County Police Department. ICE database and NCIC record checks were conducted that indicated the subject, Ruben SANTANA-Millan a/k/a Ruben PEDEROSA-Millan, was a possible illegal alien from Mexico.

4. On May 30, 2007, your affiant interviewed Ruben SANTANA-Millan at the Howard Young Correctional Institution in Wilmington, Delaware. Once advised of his rights in English pursuant to Miranda v. Arizona, Ruben SANTANA-Millan signed a written waiver of his rights and agreed to speak with your affiant. The subject stated that his true and correct name is Ruben SANTANA-Millan and that he was born on a particular date in 1968 in Mexico. He stated that he last entered the United States illegally without inspection or parole by an immigration officer on or about 2001, at or near the California border.

5. Ruben SANTANA-Millan is currently housed at the Howard Young Correctional Institution in Wilmington, Delaware awaiting the adjudication of Criminal Mischief and Reckless Endangering 2° charges. DHS/ICE has a Detainer placed with the Delaware Department of Corrections, and will take custody of Mr. SANTANA-Millan upon the adjudication of his State charges.

6. Your affiant has reviewed DHS/ICE alien database records and alien file A28 542 252 that indicate Ruben SANTANA-Millan, born on a particular date in 1968 in Mexico, originally entered the United States without inspection in or around March 1986. Ruben SANTANA-Millan was removed from the United States to Mexico on April 19, 1991. Ruben SANTANA-Millan reentered the United States illegally on or about June 5, 1998. Ruben SANTANA-Millan was again removed from the United States to Mexico on June 8, 1998.

7. Your affiant queried the subject's fingerprints in an automated system. The results of that query showed that Ruben SANTANA-Millan was deported on the occasions cited above. The FBI database found that the fingerprints submitted matched FBI # 80693MA4 with the name on record of Ruben SANTANA-Millan a/k/a Ruben PEDEROSA-Millan.

8. ICE and criminal database checks revealed that in May 2007 Ruben SANTANA-Millan had been convicted of Criminal Contempt of a Domestic Violence Protective Order in New Castle County, Delaware, and was sentenced to 1 year incarceration suspended for time served and probation.

WHEREFORE, your affiant avers that there is probable cause to believe that Ruben SANTANA-Millan, a citizen and national of Mexico, was removed by the Immigration and Customs Enforcement Division to Mexico on June 8, 1998, and prior to his reembarkation at a place outside the United States, neither the Undersecretary for Border and Transportation Security, Department of Homeland Security nor the Attorney General of the United States had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a).

David W. Savina
Deportation Officer
U.S. Immigration & Customs Enforcement

Subscribed and sworn to before me
this ___5___ day of ___June___, 2007.

The Honorable Mary Pat Thynge
United States Magistrate Judge