AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

v.

**RUBEN SANTANA-MILLAN**
**a/k/a RUBEN PEDEROSA-MILLAN**

CASE NUMBER: __07- 112__

**To: The United States Marshal**
**and any Authorized United States Officer**

JUN 2 5 2007

U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest Ruben Santana-Millan a/k/a Ruben Pederosa-Millan,
**when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring
him to the nearest magistrate to answer a(n)**

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

being a citizen and national of Mexico who had previously been removed/deported from the United States on or about June
8, 1998, and was found in the United States, and prior to his reembarkation at a place outside the United States neither the
Undersecretary for Border and Transportation Security, Department of Homeland Security, nor the Attorney General had
expressly consented to such alien's reapplying for readmission,

**in violation of Title  _8_  United States Code, Section (s)  _1326(a)_** .

| | |
|---|---|
| **Honorable Mary Pat Thynge** | United States Magistrate Judge<br>**District of Delaware** |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| Signature of Issuing Officer | **June 5, 2007**    **Wilmington, Delaware**<br>Date and Location |

**Bail fixed at $** _____    **by** _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | David Savula | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** Ruben Santana-Millan

**ALIAS:** Ruben Pederosa-Millan

**LAST KNOWN RESIDENCE:**

**LAST KNOWN EMPLOYMENT:**

**PLACE OF BIRTH:** Mexico

**DATE OF BIRTH:** 04/05/1968

**SOCIAL SECURITY NUMBER:**

**HEIGHT:** _____ **WEIGHT:** _____

**SEX:** _____ **RACE:** _____

**HAIR:** _____ **EYES:** _____

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:**

**FBI NUMBER:** 80693MA4

**COMPLETE DESCRIPTION OF AUTO:**

**INVESTIGATIVE AGENCY AND ADDRESS:** David Savina, Deportation Officer, 1305 McD Drive, Dover, DE,19901; 302-730-9315 office; 302-730-9310 fax; 267-236-4190 cell